UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN - 6 2025 ★
LONG ISLAND OFFICE

RECEIVED
JUN - 6 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 6 '25 PM 3:58

| | |
|---|---|
| KAREEMA NEVELS<br>Plaintiff | )<br>)<br>) |
| v. | ) Case No. 2:25-cv-02405-SIL |
| EQUIFAX INFORMATION<br>SERVICES, LLC.<br>Defendant | )<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Kareema Nevels, hereby gives notice that the above captioned action is voluntarily dismissed with prejudice, against the Defendant, Equifax Information Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A0(i)

## CERTIFICATE OF SERVICE

I hereby certify that on 6-6-2025, I filed the foregoing Notice of Voluntary Dismissal With Prejudice with the Clerk of Court. I will file a copy of the Notice of Voluntary Dismissal With Prejudice on the Defendant via electronic mail.

Equifax Information Services, LLC
Heather Sharp, Senior Counsel for Seyfarth Shaw LLP
Seyfarth Shaw LLP
hsharp@seyfarth.com

Kareema Nevels
91 Chelsea Avenue
West Babylon, NY 11704
646-246-9915
Knevels78@gmail.com

1